1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00103-LJO-SKO |
| 12              Plaintiff, | JOINT STIPULATION TO EXCLUDE TIME AND ORDER |
| 13  v. | |
| 14  LUIS TEJEDA-HURTADO, ET AL, | |
| 15              Defendants. | |

16

17       IT IS HEREBY STIPULATED by and between the government and Larry Duncan, and

18  Anthony Capozzi, his attorney, that time shall be excluded from the arraignment of May 30, 2014,

19  through the date of the status conference scheduled for August 4, 2014.  The parties agree that the

20  delay resulting from the continuance shall be excluded under the Speedy Trial Act for defense

21  preparation and investigation, plea negotiations, and that the ends of justice served in granting such a

22  continuance outweigh the best interests of the public and defendant in a speedy trial.

23  IT IS SO STIPULATED.

24  DATED: May 30, 2014         /s/ Melanie L. Alsworth
                                MELANIE L. ALSWORTH
25                              Assistant United States Attorney

26
27  DATED: May 30, 2014         /s/ Anthny Capozzi
                                ANTHONY CAPOZZI
28                              Attorney for Larry Duncan

ORDER

IT IS SO ORDERED.

   Dated:   **June 2, 2014**　　　　　　　　　   **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE