PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
attymartinezp@yahoo.com

Attorney for Defendant
ROBERTO GOMEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:14-CR-00103-LJO-SKO |
| Plaintiff, ) | |
| vs. ) | |
| ) | STIPULATION RE: CONTINUANCE OF |
| ROBERTO GOMEZ, et al., ) | JURY TRIAL AND ORDER |
| ) | |
| Defendants ) | |

   IT IS HEREBY STIPULATED by and between Assistant United States Kathleen Servatius, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Roberto Gomez, Attorney Roger Nuttal, Counsel for Defendant Luis Tejeda-Hurtado, Attorney Richard Beshwate Jr., Counsel for Defendant Raul Recio- Reyes, Attorney Anthony Capozzi, Counsel for Defendant Larry Duncan, Attorney Salvatore Sciandra, Counsel for Defendant Charlotte Miller, and Attorney Barbara Hope O'Neill, Counsel for Defendant Alyncia Elliot that the Jury Trial date scheduled for March 1, 2016, at 8:30 a.m. be vacated and the Jury Trial be continued to this court's calendar on July 26, 2016, at 8:30 a.m.

   Counsel for the defendant is currently engaged in federal court trial out of state and anticipates such trial continuing through the end of January 2016.  Counsel for the defendant

1

is also involved in an ongoing state preliminary hearing regarded a client charged with murder that will re-commence upon completion of his federal trial.

As the requested date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, and the need for preparation in the case and further investigation, the parties request that time be excluded to and through the date of February 8, 2016, in that failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel, and unreasonably deny both the defendant and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case.  18 U.S.C. Section 3161(h)(7)(B)(iv).  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

The court is advised that counsel have conferred about this request that they have agreed to the court July 26, 2016 date and that all counsel has authorized Preciliano Martinez to sign this stipulation on their behalf.

                                              Respectfully Submitted,

Dated:  January 26, 2016                             /s/ Preciliano Martinez
                                                                         Preciliano Martinez
                                                                         Attorney for Defendant
                                                                         Roberto Gomez

Dated:  January 26, 2016                             /s/ Roger Taylor Nuttall

|   |   |
|---|---|
|   | Roger Taylor Nuttal |
|   | Attorney for Defendant |
|   | Luis Tejeda- Hurtado |
| Dated:  January 26, 2016 | /s/ Richard Beshwate Jr. |
|   | Richard Beshwate Jr. |
|   | Attorney for Defendant |
|   | Raul Recio- Reyes |
| Dated:  January 26, 2016 | /s/ Anthony Capozzi |
|   | Anthony Capozzi |
|   | Attorney for Defendant |
|   | Larry Duncan |
| Dated:  January 26, 2016 | /s/ Salvatore Sciandra |
|   | Salvatore Sciandra |
|   | Attorney for Defendant |
|   | Charlotte Miller |
| Dated:  January 26, 2016 | /s/ Barbara Hope O'Neill |
|   | Barbara Hope O'Neill |
|   | Attorney for Defendant |
|   | Alyncia Elliot |
| Dated:  January 26, 2016 | /s/ Kathleen Servatius |
|   | Kathleen Servatius |
|   | Attorney for Plaintiff |

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current March 1, 2016 Jury Trial date is hereby vacated and reset to July 26, 2016 AT 8:30 A.M.     THERE WILL BE NO MORE CONTINUANCES OF THIS TRIAL. IT IS A SURE GO.

IT IS FURTHER ORDERED THAT the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For

the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 1, 2016 to July 26, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  REMEMBER, THERE WILL BE NO FURTHER CONTINUANCES. THE COURT CONSIDERS THIS STIPULATION TO BE A REPRESENTATION OF AVAILABILITY.

IT IS SO ORDERED.

Dated:   **January 26, 2016**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE